Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN IVAN GOMEZ,<br><br>Defendant. | No. 6:19-mj-0022-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Government Representative Susan St. Vincent, the legal officer for the National Park Service, and Defendant Jonathan Gomez, by and through his attorney of record, Assistant Federal Defender, Rachelle Barbour, that the status conference in the above-captioned matter set for August 13, 2019 be continued to August 20, 2019, at 10:00 a.m. The Government representative has to be out of the area on August 13, 2019 for a medical appointment. The parties further request the Defendant be permitted to appear by video teleconference from the District Court in Santa Ana, California.

Dated: July 30, 2019            /S/ Susan St. Vincent
                                               Susan St. Vincent, Legal Officer
                                               Yosemite National Park

Dated: July 30, 2019            /S/ Rachelle Barbour
                                               Rachelle Barbour
                                               Assistant Federal Defender for
                                               Jonathan Gomez

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 13, 2019, status conference for Jonathan Gomez, Case *6:19-mj-0022-JDP*, is continued to August 20, 2019, at 10:00 a.m. Defendant will be permitted to appear via video teleconference from the U.S. District Court in Santa Ana, California.

IT IS SO ORDERED.

Dated: July 31, 2019

UNITED STATES MAGISTRATE JUDGE