1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Docket Number:  6:19-mj-00022-JDP |

12 | Plaintiff, | |

13 | | **MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGEMENT AGREEMENT; AND ORDER THEREON** |

14 | JONATHAN IVAN GOMEZ, | |

15 | Defendant. | |

16

17

18

19       The United States, by and through its representative, Susan St. Vincent hereby moves the

20 Court for an Order to Vacate the review hearing on July 14, 2020.  To date Defendant has

21 complied with all the terms of unsupervised probation imposed by this Court on August 8, 2019.

22 Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the

23 United States hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the

24 Federal Rules of Criminal Procedure. The Defendant is in agreement with this request.

25

26       Dated:  July 13, 2020                    /S/ Susan St. Vincent
                                                  Susan St. Vincent
27                                                Legal Officer
                                                  Yosemite National Park
28

                                                  1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for July 14, 2020 in the above-referenced matter, *United States v. Gomez, 6:19-mj-00022-JDP*, be vacated; the case is hereby dismissed.

IT IS SO ORDERED.

Dated:   July 13, 2020                                   _____
                                                        UNITED STATES MAGISTRATE JUDGE

2